1114

**Garrett PIPER, Appellant, v. STATE of Texas, Appellee. (No. 12960.)**

Court of Criminal Appeals of Texas.
Oct. 23, 1929.

S. B. Dickens, of Austin, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is assault with intent to murder; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Hillery POLAND, Appellant, v. STATE of Texas, Appellee. (No. 13104.)**

Court of Criminal Appeals of Texas.
Oct. 23, 1929.

Tom F. Coleman, of Lufkin, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession for the purpose of sale of intoxicating liquor; penalty, one year.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Frank POWELL, Appellant, v. STATE of Texas, Appellee. (No. 12997.)**

Court of Criminal Appeals of Texas.
Oct. 16, 1929.

G. H. Crane, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, burglary; penalty, five years.

Appellant has filed an affidavit in proper form, asking that his appeal be dismissed.

Granted, and appeal dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been approved by the judges of the Court of Criminal Appeals and approved by the court.

**Joe REGEAN, Appellant, v. STATE of Texas, Appellee. (No. 12795.)**

Court of Criminal Appeals of Texas.
Oct. 16, 1929.

Keeney & Dalby, of Texarkana, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, murder; penalty, three years.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Alberta SCOTT, Appellant, v. STATE of Texas, Appellee. (No. 13116.)**

Court of Criminal Appeals of Texas.
Oct. 23, 1929.

E. W. Neagle, of Sherman, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is bigamy; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.